MARK A. SMITH, M.D., INC.                                                                      0854
003                    Renee Martin                    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                    OFFICE PERSONNEL

| EARNINGS | RATE | HOURS/UNITS | AMOUNT | DEDUCTIONS | AMOUNT | CHECK NUMBER |
|---|---|---|---|---|---|---|
| Hourly | 52.000 | 832.00 | | Federal WH | 91.21 | |
| | | | | Soc Sec WH | 51.58 | PAYROLL DATE |
| | | | | Mcare WH | 12.06 | 00000854 |
| | | | | State1 WH | 14.31 | |
| | | | | Local1 WH | 20.80 | PAYROLL PERIOD |
| | | | | | | 08/31/2018 |
| | | | | | | Fm:08/31/2018 |
| Memo: | | | | | | To:08/31/2018 |

| GROSS TO CURRENT | TOTAL HOURS | GROSS PAY | SOCIAL SECURITY# | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| | 52.000 | 832.00 | | 189.96 | 642.04 |

| GR YTD | FED WH YTD | FICA YTD | MDC WH YTD | STATE WH YTD | LOCAL WH YTD | OTHER WH YTD |
|---|---|---|---|---|---|---|
| 9496.00 | 0.00 | 911.20 | 726.44 | 130.41 | 237.40 | 0.00 |

MARK A. SMITH, M.D., INC.                                                                    0857

MARK A. SMITH, M.D., INC.                                                                    0857
003          NAME    Renee Martin                    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          OFFICE PERSONNEL

| EARNINGS | RATE | HOURS/UNITS | AMOUNT | DEDUCTIONS | AMOUNT | CHECK NUMBER |
|----------|------|-------------|--------|------------|--------|--------------|
| Hourly | 100.750 | 1612.00 | | Federal WH | 208.21 | |
| | | | | Soc Sec WH | 99.94 | PAYCH DATE |
| | | | | Mcare WH | 23.37 | 00000857 |
| | | | | State1 WH | 41.22 | |
| | | | | Local1 WH | 40.30 | PAYROLL PERIOD |
| | | | | | | 09/15/2018 |
| | | | | | | Fm:09/15/2018 |
| | | | | | | To:09/15/2018 |

Memo:

| GROSS YTD EARNINGS | | | TOTAL DED | FOR TAX CREDIT | NON TAX DED |
|--------------------|--|--|-----------|----------------|-------------|
| | | 100.750 | 1612.00 | | 413.04 | 1198.96 |

| 00 YTD | FED WH YTD | | FICA WH YTD | STATE WH YTD | SDI WH YTD | OTHER YTD |
|--------|------------|--|-------------|--------------|------------|-----------|
| 11108.00 | 0.00 | 1119.41 | 849.75 | 171.63 | 277.70 | 0.00 |

MARK A. SMITH, M.D., INC.                                                                                    0868

MARK A. SMITH, M.D., INC.                                                                                    0868
003                    Renee Martin                        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              OFFICE PERSONNEL

| EARNINGS | | | | AMOUNT | CHECK NUMBER |
|---|---|---|---|---|---|
| Hourly | 111.000 | 1776.00 | Federal WH | 244.78 | |
| | | | Soc Sec WH | 110.11 | PAYMENT OF |
| | | | Mcare WH | 25.75 | 00000868 |
| | | | State1 WH | 47.46 | |
| | | | Local1 WH | 44.40 | |

11/15/2018

Fm:11/15/2018
Memo:                                                                                                       To:11/15/2018

| GROSS APPEARINGS | | TOTAL HOURS | GROSS PAY | SOCIAL SECURITY | TOTAL DEDUCT | NET PAY |
|---|---|---|---|---|---|---|
| | | 111.000 | 1776.00 | | | 472.50 | 1303.50 |

| EE YTD | FED YTD | | SOCIAL | STATE YTD | LOCAL YTD | |
|---|---|---|---|---|---|---|
| 18260.00 | 0.00 | 2112.56 | 1396.87 | 363.61 | 456.50 | 0.00 |

MARK A. SMITH, M.D., INC                                                    0870

MARK A. SMITH, M.D., INC.                                                   0870
003                    Renee Martin              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          OFFICE PERSONNEL

Hourly                 102.250        1636.00        Federal WH              211.81
                                                     Soc Sec WH              101.43
                                                     Mcare WH                 23.72  00000870
                                                     State1 WH                42.05
                                                     Local1 WH                40.90

                                                                          11/30/2018

                                                                          Fm:11/30/2018
            Memo:                                                         To:11/30/2018

                       102.250        1636.00                             419.91        1216.09

            19896.00       0.00       2324.37        1522.02        405.66        497.40        0.00

MARK A. SMITH, M.D., INC.                                                                              0873

MARK A. SMITH, M.D., INC.                                                                              0873
083                    Renee Martin                        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                    OFFICE PERSONNEL

| | | | | | |
|---|---|---|---|---|---|
| Hourly | 105.750 | 1692.00 | Federal WH | 223.78 | |
| | | | Soc Sec WH | 104.90 | |
| | | | Mcare WH | 24.53 | 00000873 |
| | | | State1 WH | 44.08 | |
| | | | Local1 WH | 42.30 | |

12/15/2018

Fm:12/15/2018
To:12/15/2018

Memo:

| | | | | |
|---|---|---|---|---|
| 105.750 | 1692.00 | | 439.59 | 1252.41 |
| 21586.00 | 0.00 | 2546.15 | 1651.45 | 449.74 | 539.70 | 0.00 |

MARK A. SMITH, M.D., INC.                                                                      0876

MARK A. SMITH, M.D., INC.                                                                      0876
003              Renee Martin                        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            OFFICE PERSONNEL

| Hourly | 100.250 | 1604.00 | Federal WH | 207.01 |
| | | | Soc Sec WH | 99.45 |
| | | | Mcare WH | 23.26  00000876 |
| | | | State1 WH | 40.94 |
| | | | Local1 WH | 40.10 |

12/31/2018

Fm:12/31/2018
To:12/31/2018

Memo:

|  | 100.250 | 1604.00 | | 410.76 | 1193.24 |

| 23192.00 | 0.00 | 2755.16 | 1774.16 | 490.68 | 579.80 | 0.00 |

MARK A. SMITH, M.D., INC.                                                                                          0878



MARK A. SMITH, M.D., INC.                                                                                          0878
003              Renee Martin                         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              OFFICE PERSONNEL

| Hourly | 98.250 | 1572.00 | Federal WH | 202.21 |
| | | | Soc Sec WH | 97.46 |
| | | | Mcare WH | 22.79  00000879 |
| | | | State1 WH | 39.84 |
| | | | Local1 WH | 39.30 |

01/15/2019

Fm:01/15/2019
To:01/15/2019

Memo:

| | 98.250 | 1572.00 | | 401.60 | 1170.40 |

| 1572.00 | 0.00 | 202.21 | 120.25 | 39.84 | 39.30 | 0.00 |

MARK A. SMITH, M.D., INC. 0880

MARK A. SMITH, M.D., INC. 0880

003 Renee Martin OFFICE PERSONNEL

| | | | | | | |
|---|---|---|---|---|---|---|
| Hourly | 113.000 | 1808.00 | Federal WH | 252.78 | | |
| | | | Soc Sec WH | 112.10 | 00000881 | |
| | | | Mcare WH | 26.22 | | |
| | | | State1 WH | 48.74 | | |
| | | | Local1 WH | 45.20 | | |
| | | | | | 01/31/2019 | |
| | | | | | Fm:01/31/2019 | |
| | | | | | To:01/31/2019 | |

Memo:

| | | | | | | |
|---|---|---|---|---|---|---|
| | 113.000 | 1808.00 | | 485.04 | 1322.96 | |
| 3380.00 | 0.00 | 454.99 | 258.57 | 88.58 | 84.50 | 0.00 |

MARK A. SMITH, M.D., INC. 0883

NO 003 NAME Renee Martin 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 OFFICE PERSONNEL

| EARNINGS | RATE | HOURS/UNITS | | | |
|---|---|---|---|---|---|
| Hourly | 107.500 | 1720.00 | Federal WH | 230.78 | |
| | | | Soc Sec WH | 106.64 | CHECK DATE |
| | | | Mcare WH | 24.94 | 00000883 |
| | | | State1 WH | 45.21 | |
| | | | Local1 WH | 43.00 | PAYROLL PERIOD |
| | | | | | 02/15/2019 |
| | | | | | Fm:02/15/2019 |
| Memo: | | | | | To:02/15/2019 |

| | | | | |
|---|---|---|---|---|
| 107.500 | 1720.00 | | 450.57 | 1269.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5100.00 | 0.00 | 685.77 | 390.15 | 133.79 | 127.50 | 0.00 |

# Check History Summary Report

Briarwood Leasing LLC   (34232)

Check History For:

Martin, Renee[738]

| | | | |
|---|---|---|---|
| Check Date From | 12/21/2018 | Check Date To | 12/21/2018 |
| Reg Hours | 23.25 | Reg Pay | $363.86 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 27.25 | Other Pay | $135.85 |
| Total Hours | 50.50 | Gross Pay | $499.71 |
| Taxes | $89.41 | Net Pay | $448.52 |
| Deductions | $0.00 | Direct Deposit | $391.96 |
| | | Net Check | $56.56 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep 02592860015 | 0.00 | $391.96 |
| PICK UP BONUS | 0.00 | $50.00 |
| Federal Income Tax | 499.71 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| HOLIDAY | 4.00 | $62.60 |
| Medicare | 499.71 | $7.25 |
| Medicare - Employer | 499.71 | $7.25 |
| Ohio SITW | 499.71 | $2.97 |
| Stow. OH (Emp) | 499.71 | $9.99 |
| Ohio SUI | 0.00 | $0.00 |
| REGULAR | 23.25 | $363.86 |
| OASDI | 499.71 | $30.98 |
| OASDI - Employer | 499.71 | $30.97 |
| WEEKEND  $1.00 | 23.25 | $23.25 |

19-50409-amk   Doc 7   FILED 03/14/19   ENTERED 03/14/19 17:25:15   Page 10 of 20

# Check History Summary Report

Briarwood Leasing LLC   (34232)

Check History For:

Martin, Renee[738]

| | | | |
|---|---|---|---|
| Check Date From | 11/9/2018 | Check Date To | 12/7/2018 |
| Reg Hours | 78.25 | Reg Pay | $1,224.62 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 58.50 | Other Pay | $158.50 |
| Total Hours | 136.75 | Gross Pay | $1,383.12 |
| Taxes | $256.89 | Net Pay | $1,232.04 |
| Deductions | $0.00 | Direct Deposit | $1,232.04 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep 02592860015 | 0.00 | $1,232.04 |
| PICK UP BONUS | 0.00 | $100.00 |
| Federal Income Tax | 1,383.12 | $5.40 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 1,383.12 | $20.06 |
| Medicare - Employer | 1,383.12 | $20.06 |
| Ohio SITW | 1,383.12 | $12.21 |
| Stow, OH (Emp) | 1,383.12 | $27.66 |
| Ohio SUI | 0.00 | $0.00 |
| REGULAR | 78.25 | $1,224.62 |
| OASDI | 1,383.12 | $85.75 |
| OASDI - Employer | 1,383.12 | $85.75 |
| WEEKEND  $1.00 | 58.50 | $58.50 |

# Check History Summary Report

Briarwood Leasing LLC   (34232)

Check History For:

Martin, Renee[738]

| | | | |
|---|---|---|---|
| Check Date From | 11/9/2018 | Check Date To | 11/23/2018 |
| Reg Hours | 43.00 | Reg Pay | $672.96 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 35.00 | Other Pay | $35.00 |
| Total Hours | 78.00 | Gross Pay | $707.96 |
| Taxes | $126.56 | Net Pay | $635.56 |
| Deductions | $0.00 | Direct Deposit | $635.56 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep 02592860015 | 0.00 | $635.56 |
| Federal Income Tax | 707.96 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 707.96 | $10.27 |
| Medicare - Employer | 707.96 | $10.27 |
| Ohio SITW | 707.96 | $4.08 |
| Stow, OH (Emp) | 707.96 | $14.16 |
| Ohio SUI | 0.00 | $0.00 |
| REGULAR | 43.00 | $672.96 |
| OASDI | 707.96 | $43.89 |
| OASDI - Employer | 707.96 | $43.89 |
| WEEKEND  $1.00 | 35.00 | $35.00 |

19-50409-amk    Doc 7    FILED 03/14/19    ENTERED 03/14/19 17:25:15    Page 12 of 20

**The Briarwood**
Briarwood Leasing LLC
3700 Englewood Drive
Stow. OH 44224

Direct Deposit Advice

*paylocity*

**Check Date**
November 9, 2018

**Voucher Number**
3966

DIRECT DEPOSIT VOUCHER

| Direct Deposits  Type | Account | Amount |
|---|---|---|
| HUNTINGTO C N NATIONAL | ***0015 | 291.64 |
| **Total Direct Deposits** | | **291.64** |

34232  421  738 3966 3956                    34232

**Renee D Martin**
449 Lansing Road
Akron, OH 44312

This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### The Briarwood

**Renee D Martin**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 738 | Fed Taxable Income | 324.68 | Check Date | November 9, 2018 |
| Location | 421 | Fed Filing Status | S-3 | Period Beginning | October 21, 2018 |
| Hourly | $15.65 | State Filing Status | S-3 | Period Ending | November 3, 2018 |

| | |
|---|---|
| Voucher Number | 3966 |
| Net Pay | 291.64 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| BEREAVE | | | | 125.20 |
| HOLIDAY | | | | 492.98 |
| OVERTIM | | | | 1,442.40 |
| PAID TIM | | | | 1,471.10 |
| PTO CASH | | | | 626.00 |
| REGULAR | 15.65 | 19.50 | 305.18 | 20,847.54 |
| WEEKEND | 1.00 | 19.50 | 19.50 | 65.25 |
| **Gross Earnings** | | **39.00** | **324.68** | **25,070.47** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 1,357.75 |
| MED | 4.71 | 363.53 |
| OH | 1.71 | 512.26 |
| OH-STO2 | 6.49 | 501.41 |
| SS | 20.13 | 1,554.37 |
| **Taxes** | **33.04** | **4,289.32** |

| Deductions | Amount | YTD |
|---|---|---|
| Vol Term Life Child | | 4.14 |
| Voluntary Term Life | | 49.86 |
| | | 54.00 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| HUNTINGTON C NATIONAL BANK | ***0015 | 291.64 |
| **Total Direct Deposits** | | **291.64** |

| Time Off | Used | Availabl |
|---|---|---|
| Paid Time | 0.00 | 18.44 |

The Briarwood | Briarwood Leasing LLC 3700 Englewood Drive  Stow, OH 44224 | (216) 395-5600 | FEIN: 46-3163791 | OH: 1578430-00-1

**The Briarwood**
Briarwood Leasing LLC
3700 Englewood Drive
Stow, OH 44224

Direct Deposit Advice

*paylocity*

**Check Date**
October 26, 2018

**Voucher Number**
3884

| Direct Deposits Type | Account | Amount |
|---|---|---|
| HUNTINGTO C N NATIONAL | ***0015 | 116.29 |
| **Total Direct Deposits** | | **116.29** |

DIRECT DEPOSIT VOUCHER

34232   421   738 3884 3876                34232

**Renee D Martin**
449 Lansing Road
Akron, OH 44312

This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### The Briarwood

**Renee D Martin**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 738 | Fed Taxable Income | 129.04 | Check Date | October 26, 2018 | Voucher Number 3884 |
| Location | 421 | Fed Filing Status | S-3 | Period Beginning | October 7, 2018 | Net Pay 116.29 |
| Hourly | $15.65 | State Filing Status | S-3 | Period Ending | October 20, 2018 | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| BEREAVE | | | | 125.20 |
| HOLIDAY | | | | 492.98 |
| OVERTIM | | | | 1,442.40 |
| PAID TIM | | | | 1,471.10 |
| PTO CASH | | | | 626.00 |
| REGULAR | 15.65 | 7.75 | 121.29 | 20,542.36 |
| WEEKEND | 1.00 | 7.75 | 7.75 | 45.75 |
| **Gross Earnings** | | **15.50** | **129.04** | **24,745.79** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 1,357.75 |
| MED | 1.87 | 358.82 |
| OH | 0.30 | 510.55 |
| OH-STO2 | 2.58 | 494.92 |
| SS | 8.00 | 1,534.24 |
| **Taxes** | **12.75** | **4,256.28** |

| Deductions | Amount | YTD |
|---|---|---|
| Vol Term Life Child | | 4.14 |
| Voluntary Term Life | | 49.86 |
| | | 54.00 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| HUNTINGTON C NATIONAL BANK | ***0015 | 116.29 |
| **Total Direct Deposits** | | **116.29** |

| Time Off | Used | Availabl |
|---|---|---|
| Paid Time | 0.00 | 17.01 |

The Briarwood | Briarwood Leasing LLC 3700 Englewood Drive  Stow, OH 44224 | (216) 395-5600 | FEIN: 46-3163791 | OH: 1578430-00-1

**The Briarwood**
Briarwood Leasing LLC
3700 Englewood Drive
Stow, OH 44224

Direct Deposit Advice

*paylocity*

**Check Date**
October 12, 2018

**Voucher Number**
3804

| Direct Deposits Type | Account | Amount |
|---|---|---|
| HUNTINGTO C N NATIONAL | ***5117 | 280.63 |
| **Total Direct Deposits** | | **280.63** |

DIRECT DEPOSIT VOUCHER

34232    421    738 3804 3801                34232

**Renee D Martin**
449 Lansing Road
Akron, OH 44312

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### The Briarwood

**Renee D Martin**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 738 | Fed Taxable Income | 312.35 | Check Date | October 12, 2018 |
| Location | 421 | Fed Filing Status | S-3 | Period Beginning | September 23, 2018 |
| Hourly | $15.65 | State Filing Status | S-3 | Period Ending | October 6, 2018 |

| | | | | |
|---|---|---|---|---|
| Voucher Number | 3804 | | | |
| Net Pay | 280.63 | | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| BEREAVE | | | | 125.20 |
| HOLIDAY | | | | 492.98 |
| OVERTIM | | | | 1,442.40 |
| PAID TIM | | | | 1,471.10 |
| PTO CASH | | | | 626.00 |
| REGULAR | 15.65 | 19.00 | 297.35 | 20,421.07 |
| WEEKEND | 1.00 | 15.00 | 15.00 | 38.00 |
| **Gross Earnings** | | **34.00** | **312.35** | **24,616.75** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 0.00 | 1,357.75 |
| MED | | | 4.53 | 356.95 |
| OH | | | 1.57 | 510.25 |
| OH-STO2 | | | 6.25 | 492.34 |
| SS | | | 19.37 | 1,526.24 |
| **Taxes** | | | **31.72** | **4,243.53** |

| Deductions | Amount | YTD |
|---|---|---|
| Vol Term Life Child | | 4.14 |
| Voluntary Term Life | | 49.86 |
| | | 54.00 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| HUNTINGTON C NATIONAL BANK | ***5117 | 280.63 |
| **Total Direct Deposits** | | **280.63** |

| Time Off | Used | Availabl |
|---|---|---|
| Paid Time | 0.00 | 16.44 |

The Briarwood | Briarwood Leasing LLC 3700 Englewood Drive Stow, OH 44224 | (216) 395-5600 | FEIN: 46-3163791 | OH: 1578430-00-1

The Briarwood | Briarwood Leasing LLC 3700 Englewood Drive  Stow, OH 44224 | (216) 395-5600 | FEIN: 46-3163791 | OH: 1578430-00-1

## Non Negotiable - This is not a check - Non Negotiable

### The Briarwood

**Renee D Martin**

**Earnings Statement**

| | | |
|---|---|---|
| Employee ID | 738 |
| Fed Taxable Income | 265.65 |
| Fed Filing Status | 421 |
| State Filing Status | |
| Hourly | $15.65 |
| Location | |

| | |
|---|---|
| Fed Filing Status | S-3 |
| State Filing Status | S-3 |

| | |
|---|---|
| Check Date | September 28, 2018 |
| Period Beginning | September 9, 2018 |
| Period Ending | September 22, 2018 |
| Voucher Number | 3729 |
| Net Pay | 238.96 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| BEREAVE | | | | 125.20 |
| HOLIDAY | | | | 492.98 |
| OVERTIM | | | | 1,442.40 |
| PAID TIM | | | | 1,471.10 |
| PTO CASH | | | | 626.00 |
| REGULAR | 15.65 | 16.00 | 250.40 | 20,123.72 |
| WEEKEND | 1.00 | 15.25 | 15.25 | 23.00 |
| Gross Earnings | 31.25 | 265.65 | | 24,304.40 |

| Taxes | Amount | YTD |
|---|---|---|
| FTW | 0.00 | 1,357.75 |
| MED | 3.85 | 352.42 |
| OH | 1.06 | 508.68 |
| OH-STO2 | 5.31 | 486.09 |
| SS | 16.47 | 1,506.87 |
| Taxes | 26.69 | 4,211.81 |

| Deductions | Amount | YTD |
|---|---|---|
| Vol Term Life Child | | 4.14 |
| Voluntary Term Life | | 49.86 |
| | | 54.00 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| HUNTINGTON C NATIONAL BANK | ***5117 | 238.96 |
| Total Direct Deposits | | 238.96 |

| Time Off | Used | Available |
|---|---|---|
| Paid Time | 0.00 | 15.05 |

---

**The Briarwood**
Briarwood Leasing LLC
3700 Englewood Drive
Stow, OH 44224



Direct Deposit Advice

| | |
|---|---|
| Check Date | September 28, 2018 |
| Voucher Number | 3729 |

DIRECT DEPOSIT VOUCHER

**Renee D Martin**
449 Lansing Road
Akron, OH 44312

34232   421   738   3729 3726

34232

| Direct Deposits Type | Account | Amount |
|---|---|---|
| HUNTINGTO C N NATIONAL | ***5117 | 238.96 |
| Total Direct Deposits | | 238.96 |

Non Negotiable - This is not a check - Non Negotiable

Non Negotiable - This is not a check - Non Negotiable

I WAS ASKED BY THE NURSE TO PREFORM CARE TO THE RESIDENT, AFTER I HAD

The Briarwood | Briarwood Leasing LLC 3700 Englewood Drive  Stow, OH 44224 | (216) 395-5600 | FEIN: 46-3163791 | OH: 1578430-00-1

## The Briarwood

### Earnings Statement

**Renee D Martin**

| Employee ID | 738 | Fed Taxable Income | 129.04 | Voucher Number | 4478 | Net Pay | 116.30 |
| Location | 421 | Fed Filing Status | S-3 | Period Beginning | January 13, 2019 | | |
| Hourly | $15.65 | State Filing Status | S-3 | Period Ending | January 26, 2019 | | |
| | | | | Check Date | February 1, 2019 | | |

**Earnings**

| Earnings | Rate | Hours | Amount | YTD |
| --- | --- | --- | --- | --- |
| HOLIDAY | | | | 62.60 |
| PICK UP B | | | | 50.00 |
| REGULAR | 15.65 | 7.75 | 121.29 | 1,197.23 |
| WEEKEND | 1.00 | 7.75 | 7.75 | 50.50 |
| Gross Earnings | 15.50 | 129.04 | | 1,360.33 |

**Taxes**

| Taxes | Amount | YTD |
| --- | --- | --- |
| FITW | 0.00 | 0.00 |
| MED | 1.87 | 19.72 |
| OH | 0.29 | 11.13 |
| OH-STO2 | 2.58 | 27.21 |
| SS | 8.00 | 84.34 |
| Taxes | 12.74 | 142.40 |

**Deductions**

| Deductions | Amount | YTD |
| --- | --- | --- |
| No Deductions | | |

**Direct Deposits Type**

| Direct Deposits Type | Account | Amount |
| --- | --- | --- |
| HUNTINGTON C NATIONAL BANK | ***0015 | 116.30 |
| Total Direct Deposits | | 116.30 |

**Time Off**

| Time Off | Used Availabl |
| --- | --- |
| Paid Time | 0.00  30.68 |

---

Non Negotiable - This is not a check - Non Negotiable

**The Briarwood**
Briarwood Leasing LLC
3700 Englewood Drive
Stow, OH 44224

### DIRECT DEPOSIT VOUCHER

34232   421  738  4478  4434

**Renee D Martin**
419 Lansing Road
Akron, OH 44312

34232

Paylocity

Direct Deposit Advice

Check Date: February 1, 2019

Voucher Number 4478

| Direct Deposits Type | Account | Amount |
| --- | --- | --- |
| HUNTINGTO C N NATIONAL | ***0015 | 116.30 |
| Total Direct Deposits | | 116.30 |

**The Briarwood**
Briarwood Leasing LLC
3700 Englewood Drive
Stow, OH 44224

Direct Deposit Advice

**paylocity**

**Check Date**
February 15, 2019

**Voucher Number**
4567

DIRECT DEPOSIT VOUCHER

| Direct Deposits  Type | Account | Amount |
|---|---|---|
| HUNTINGTO C N NATIONAL | ***0015 | 209.76 |
| **Total Direct Deposits** | | 209.76 |

34232   421   738 4567 4516              34232

**Renee D Martin**      Non Negotiable - This is not a check - Non Negotiable
449 Lansing Road
Akron, OH 44312

## Non Negotiable - This is not a check - Non Negotiable

### The Briarwood

**Renee D Martin**

Earnings Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 738 | Fed Taxable Income | 233.10 | Check Date | February 15, 2019 | Voucher Number | 4567 |
| Location | 421 | Fed Filing Status | S-3 | Period Beginning | January 27, 2019 | Net Pay | 209.76 |
| Hourly | $15.65 | State Filing Status | S-3 | Period Ending | February 9, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 62.60 |
| PICK UP B | | | | 50.00 |
| REGULAR | 15.65 | 14.00 | 219.10 | 1,416.33 |
| WEEKEND | 1.00 | 14.00 | 14.00 | 64.50 |
| **Gross Earnings** | | 28.00 | 233.10 | 1,593.43 |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 0.00 | 0.00 |
| MED | | | 3.38 | 23.10 |
| OH | | | 0.85 | 11.98 |
| OH-STO2 | | | 4.66 | 31.87 |
| SS | | | 14.45 | 98.79 |
| **Taxes** | | | 23.34 | 165.74 |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| HUNTINGTON C NATIONAL BANK | ***0015 | 209.76 |
| **Total Direct Deposits** | | 209.76 |

| Time Off | Used | Availabl |
|---|---|---|
| Paid Time | 0.00 | 31.71 |

The Briarwood | Briarwood Leasing LLC 3700 Englewood Drive  Stow, OH 44224 | (216) 395-5600 | FEIN: 46-3163791 | OH: 1578430-00-1

**Briarwood Leasing LLC**
Briarwood Leasing LLC
3700 Englewood Drive
Stow, OH 44224

HUNTINGTON NATIONAL
6-15/410



**Check Date**
January 18, 2019

**Check Number**
99

Payroll Check

Pay this amount: One hundred five dollars and eighty-two cents ************************** | ******** 105.82

To the order of  34232  421  738 99 4349              34232

**Renee D Martin**
449 Lansing Road
Akron, OH 44312

Notice : This is not a check - Non Negotiable

_____
Authorized Signature

⑈00000099⑈ ⑆041000153⑆ 016583378000⑈

## Briarwood Leasing LLC

**Renee D Martin**                                                                                    **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 738 | Fed Taxable Income | 117.38 | Check Date | January 18, 2019 | Check Number | 99 |
| Location | 421 | Fed Filing Status | S-3 | Period Beginning | December 30, 2018 | Net Pay | 105.82 |
| Salary | | State Filing Status | S-3 | Period Ending | January 12, 2019 | Check Amount | 105.82 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 62.60 |
| PICK UP B | | | | 50.00 |
| REGULAR | 15.65 | 7.50 | 117.38 | 1,075.94 |
| WEEKEND | | | | 42.75 |
| **Gross Earnings** | | **7.50** | **117.38** | **1,231.29** |

| Taxes | | | | Amount | YTD |
|---|---|---|---|---|---|
| FITW | | | | 0.00 | 0.00 |
| MED | | | | 1.70 | 17.85 |
| OH | | | | 0.23 | 10.84 |
| OH-STO2 | | | | 2.35 | 24.63 |
| SS | | | | 7.28 | 76.34 |
| **Taxes** | | | | **11.56** | **129.66** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Time Off | Used | Availabl |
|---|---|---|
| Paid Time | 0.00 | 30.11 |

Briarwood Leasing LLC | Briarwood Leasing LLC 3700 Englewood Drive  Stow, OH 44224 | (216) 395-5600 | FEIN: 46-3163791 | OH: 1578430-00-1

**The Briarwood**
Briarwood Leasing LLC
3700 Englewood Drive
Stow, OH 44224

Direct Deposit Advice

*paylocity*

**Check Date**
January 4, 2019

**Voucher Number**
4297

| Direct Deposits Type | Account | Amount |
|---|---|---|
| DIRECT DEPOSIT VOUCHER | HUNTINGTO C N NATIONAL | ***0015 | 547.45 |
| | **Total Direct Deposits** | | **547.45** |

34232   421   738 4297 4263                    34232
**Renee D Martin**
449 Lansing Road
Akron, OH 44312

...able - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### The Briarwood

**Renee D Martin**                                                                                           **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 738 | Fed Taxable Income | 613.26 | Check Date | **January 4, 2019** |
| Location | 421 | Fed Filing Status | S-3 | Period Beginning | **December 16, 2018** |
| Hourly | $15.65 | State Filing Status | S-3 | Period Ending | **December 29, 2018** |

| | | | |
|---|---|---|
| Voucher Number | 4297 |
| Net Pay | 547.45 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| PICK UP B | 15.65 | 0.00 | 50.00 | 50.00 |
| REGULAR | 15.65 | 34.25 | 536.01 | 536.01 |
| WEEKEND | 1.00 | 27.25 | 27.25 | 27.25 |
| **Gross Earnings** | | **61.50** | **613.26** | **613.26** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.00 |
| MED | 8.89 | 8.89 |
| OH | 6.63 | 6.63 |
| OH-STO2 | 12.27 | 12.27 |
| SS | 38.02 | 38.02 |
| **Taxes** | **65.81** | **65.81** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| HUNTINGTON C NATIONAL BANK | ***0015 | 547.45 |
| **Total Direct Deposits** | | **547.45** |

| Time Off | Used | Availabl |
|---|---|---|
| Paid Time | 0.00 | 27.28 |

The Briarwood | Briarwood Leasing LLC 3700 Englewood Drive  Stow, OH 44224 | (216) 395-5600 | FEIN: 46-3163791 | OH: 1578430-00-1